# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Allan D. Samia,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Brandon Levell, Hudson News, and Richard Marquez,<br><br>　　　　　Defendants. | Case No. 2:23-cv-01384-RFB-DJA<br><br>**Order** |

Before the Court is plaintiff Allan D. Samia's application to proceed *in forma pauperis*. (ECF No. 1). Plaintiff's application is incomplete. Specifically, while Plaintiff asserts to receive income from rent payments, interest, or dividends in response to Question 3, he does not answer the remainder of the question which provides: "[i]f you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future." The Court thus denies Plaintiff's application without prejudice.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **denied without prejudice** and with leave to amend. The Clerk of Court is kindly directed to send Plaintiff the approved form application for a non-inmate to proceed *in forma pauperis*, as well as the accompanying information packet.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **October 16, 2023** to file a complete application to proceed *in forma pauperis* or pay the filing fee. **Failure to do so may result in the dismissal of this action.**

DATED: September 14, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE