UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Allan D. Samia, | Case No. 2:23-cv-01384-RFB-DJA |
| Plaintiff, | |
| v. | **Order** |
| Brandon Levell, Hudson News, and Richard Marquez, | |
| Defendants. | |

This matter is before the Court on *pro se* Plaintiff Allan D. Samia's application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 5). Plaintiff's application to proceed *in forma pauperis* is not on the Court's approved form. Instead, it is on a state court form. Under Nevada Local Special Rule (LSR) 1-1, applications to proceed *in forma pauperis* "must be made on the form provided by the court."[1] The Court will therefore deny the application to proceed *in forma pauperis* without prejudice for Plaintiff to re-file a complete application on the correct form or to pay the filing fee.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 5) is **denied without prejudice.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to mail Plaintiff a copy of this order and the form application for a non-inmate to proceed *in forma pauperis* and its accompanying instruction packet.

---

[1] LSR 1-1 refers to the Court's local rule on applications to proceed *in forma pauperis*. The Court's local rules may be accessed on the Court's website, https://www.nvd.uscourts.gov/court-information/forms/.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **January 8, 2024** to either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LSR 1-1; or (2) pay the full $402 filing fee, which includes the $350 filing fee plus the $52 administrative fee. **Plaintiff is advised that failure to comply with this order will result in a recommendation to the district judge that the case be dismissed.**

DATED: December 8, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE